First National Bank of Newark, Respondent, *v.* Jerome W. Hauss, Jr., et al., Appellants.

*Appeal — motion for permission to withdraw appeal granted.*

*First Nat. Bank* v. *Hauss,* 214 App. Div. 689, appeal withdrawn.

(Submitted June 3, 1926; decided June 8, 1926.)

Motion for leave to withdraw appeal from an order of the Appellate Division of the Supreme Court in the

fourth judicial department, entered December 24, 1925, reversing a judgment in favor of defendants entered upon a verdict and granting a new trial.

The motion was made on the ground that the appeal had been inadvertently taken.

*Frederick Wiedman* for motion.

*Merle L. Sheffer* opposed.

Motion granted on payment of costs.